# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCRETIA GALLOW, | CASE NO. 1:07-cv-01279-AWI-YNP PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATION |
| v. | (Doc. 7) |
| T. SMITH, et al., | |
| Defendants. | |

On January 30, 2009, an order was entered, requiring Plaintiff either to file an amended complaint or to notify the Court of her willingness to proceed only on the claims found to be cognizable in her First Amended Complaint. The Court's mail was returned as undeliverable. On May 5, 2009, a Findings and Recommendations was entered, recommending that this action be dismissed for Plaintiff's failure to keep the Court apprised of her current mailing address. Plaintiff's mailing address was updated on June 16, 2009. On June 29, 2009, Plaintiff filed a Second Amended Complaint.

Accordingly, IT IS HEREBY ORDERED that the May 5, 2009 findings and recommendations are vacated. This action proceeds on the June 29, 2009 Second Amended Complaint.

IT IS SO ORDERED.

Dated: **September 1, 2009**          /s/ **Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE