# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCRETIA GALLOW,<br><br>        Plaintiff,<br><br>    v.<br><br>T. SMITH, et al.,<br><br>        Defendants. | CASE NO. 1:07-cv-01279-AWI-YNP PC<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 9) |

Plaintiff Lucretia Gallow ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on September 4, 2007. (Doc. #1.) Plaintiff filed a First Amended Complaint on December 23, 2008. (Doc. #5.) The Court screened Plaintiff's First Amended Complaint and found that it stated some cognizable claims and some non-cognizable claims and ordered Plaintiff either to notify the Court of her willingness to proceed only on the claims found cognizable, or to file an amended complaint curing the deficiencies in the claims found to be non-cognizable. (Doc. #6.) Plaintiff filed a Second Amended Complaint on June 29, 2009. (Doc. #9.) This action proceeds on Plaintiff's Second Amended Complaint.

The Court has screened Plaintiff's Second Amended Complaint pursuant 28 U.S.C. § 1915A and found that it states cognizable claims against Defendants T. Smith and Donaldson for violating Plaintiff's rights under the Eighth Amendment of the U.S. Constitution. See Fed. R. Civ. P. 8(a); see also Erickson v. Pardus, 551 U.S. 89, 93-94 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    T. SMITH

    DONALDSON

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the Second Amended Complaint filed June 29, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed Second Amended Complaint filed June 29, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**   **September 1, 2009**                       /s/ **Gary S. Austin**
                                                                       UNITED STATES MAGISTRATE JUDGE