1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                            EASTERN DISTRICT OF CALIFORNIA

10

11    LUCRETIA GALLOW,                       1:07-cv-01279 AWI SKO (PC)

12              Plaintiff,                    ORDER TO SHOW CAUSE
                                             RE DEFENDANT'S FAILURE
13    vs.                                    TO RESPOND TO THE COURT'S
                                             ORDER RE CONSENT OR
14    T. SMITH, et al.,                       REQUEST FOR REASSIGNMENT

15              Defendants.                   RESPONSE DUE IN 30 DAYS

16    _____/

17

18              On March 8, 2010, the court issued a Second Order Re Consent or Request for

19    Reassignment, requiring defendant to complete and return the form within thirty (30) days,

20    indicating either consent to the jurisdiction of the U.S. Magistrate Judge, or requesting that the

21    case be reassigned to a U.S. District Judge.   The thirty (30)-day period has now expired, and

22    defendant has not returned the form, or otherwise responded to the court's order.

23              Local Rule 110 provides that "failure of counsel or of a party to comply with these

24    Local Rules or with any order of the Court may be grounds for the imposition by the Court of any

25    and all sanctions . . . within the inherent power of the Court."

26              Based on the foregoing, it is HEREBY ORDERED that within 30 days from the

27    date of service of this order, defendant shall complete and return the Order Re Consent or

28    Request for Reassignment, a copy of which is attached hereto, or show cause, in writing, why

                                            -1-

1    sanctions should not be imposed for defendant's failure to obey a court order.

2    IT IS SO ORDERED.

3    **Dated:    April 27, 2010**                    /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE